No. 6390. LLOYD . UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1610. DAVIS *v.* ROYAL-GLOBE INSURANCE COMPANIES ET AL. Sup. Ct. La. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 6550. DEANS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1601. LIPKIN *v.* DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA ET AL. Ct. App. Cal., 1st App. Dist. Motion to dispense with printing petition granted. Certiorari denied.

No. 1604. FRANKLIN *v.* GROSSINGER MOTOR SALES, INC. Sup. Ct. Ill. Motion to dispense with printing petition granted. Certiorari denied.

No. 1613. GOTTESMAN ET AL. *v.* GENERAL MOTORS CORP. ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE HARLAN and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 1634. DELAWARE &. HUDSON RAILWAY CO. ET AL. *v.* UNITED TRANSPORTATION UNION. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE STEWART is of the opinion that certiorari should be granted.